No. 75–755. 28 EAST JACKSON ENTERPRISES, INC. *v.* CULLERTON, COOK COUNTY ASSESSOR, ET AL., 423 U. S. 1073; and

No. 75–5601. SMITH *v.* STYNCHCOMBE, SHERIFF, 423 U. S. 1089. Petitions for rehearing denied.

No. 75–519. JAMIESON *v.* COMMISSIONER OF INTERNAL REVENUE, 423 U. S. 1009. Petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

MARCH 11, 1976

No. A–719. ENOMOTO, CORRECTIONS DIRECTOR, ET AL. *v.* SPAIN ET AL. [The Court issued in amended form its order of March 8, 1976. See *ante,* p. 951.]

MARCH 22, 1976

No. 75–595. TUCKER, SECRETARY OF PENNSYLVANIA, ET AL. *v.* SALERA ET AL. Affirmed on appeal from D. C. E. D. Pa.